UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ABADIN and CHRISTOPHER BELLAND, derivatively on behalf of STAN LEE MEDIA, INC., a Colorado Corporation,<br><br>                              Plaintiffs,<br>         -against-<br><br>MARVEL ENTERTAINMENT, INC., a Delaware Corporation, MARVEL ENTERPRISES, INC., STAN LEE, and ARTHUR M. LIEBERMAN,<br><br>                              Defendants. | Case No. 09 Civ. 0715 (PAC) |

### NOTICE OF APPEARANCE

**To the Clerk of This Court and All Parties of Record:**

**PLEASE ENTER THE APPEARANCES** of Chadbourne & Parke LLP, by Oliver J. Armas, Esq., and Michael D. Hess, Esq., by Michael D. Hess, Esq, as co-counsel in this action on behalf of plaintiffs. Messrs. Armas and Hess certify that they are admitted to practice in this Court.

Date: September 1, 2009

/s/ Oliver J. Armas
Signature

| | |
|---|---|
| Oliver J. Armas | OA-1586 |
| Print Name | Bar Number |
| CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 | |
| Office Address | |
| (212) 408-5399 | (212) 541-5369 |
| Phone Number | Fax Number |
| oarmas@chadbourne.com | |
| Email Address | |

/s/ Michael D. Hess
_____
Signature

| Michael D. Hess | MH-3309 |
|---|---|
| Print Name | Bar Number |

203 E. 72nd St.
New York, NY  10021
_____
Office Address

| (917) 207-4405 | (212) 931-7342 |
|---|---|
| Phone Number | Fax Number |

michaelhess@hotmail.com
_____
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2009, a true and correct copy of the foregoing Notice of Appearance was filed electronically and is available for viewing and downloading from the ECF system, and was also served by federal express on:

Martin Garbus
Eaton & Van Winkle LLP
3 Park Avenue
New York, NY 10016

Steven J. Shore
Gafner & Shore, LLP
360 Lexington Avenue
New York, New York 10017

Lawrence J. Conlan
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

_____
Tamara L. Stevenson