UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ABADIN and CHRISTOPHER BELLAND, derivatively on behalf of STAN LEE MEDIA, INC., a Colorado Corporation,<br><br>       Plaintiffs,<br>-against-<br><br>MARVEL ENTERTAINMENT, INC., a Delaware Corporation, MARVEL ENTERPRISES, INC., STAN LEE, and ARTHUR M. LIEBERMAN,<br><br>       Defendants. | Case No. 09 Civ. 0715 (PAC) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE ENTER MY APPEARANCE** as counsel in this action on behalf of plaintiffs.

I certify that I am admitted to practice in this court.

Date: September 3, 2009

/s/ Dennis C. Hopkins
Signature

Dennis C. Hopkins      DH-3767
Print Name         Bar Number

CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Office Address

(212) 408-5433      (212) 541-5369
Phone Number       Fax Number

dhopkins@chadbourne.com
Email Address