

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE ABADIN and CHRISTOPHER BELLAND, derivatively on behalf of Stan Lee Media, Inc., a Colorado corporation,

        Plaintiffs,

-against-

MARVEL ENTERTAINMENT, INC., a Delaware corporation, MARVEL ENTERPRISES, INC., STAN LEE and ARTHUR M. LIEBERMAN,

        Defendants.

09 Civ. 0715 (PAC)

**NOTICE OF APPEAL**

---

  PLEASE TAKE NOTICE that plaintiffs Jose Abadin and Christopher Belland, derivatively on behalf of Stan Lee Media, Inc., a Colorado corporation ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Judgment entered March 31, 2010, and from each and every part of the Order entered March 31, 2010 on which said Judgment is based, including but not limited to the District Court's dismissal of this shareholder derivative action on the jurisdictional ground that Plaintiffs lack shareholder derivative standing to sue, on behalf of Stan Lee Media, Inc., under Rule 23.1 of the Federal Rules of Civil Procedure.

Dated: April 29, 2010
   New York, New York

CHADBOURNE & PARKE LLP

By _____
   Oliver J. Armas
   30 Rockefeller Plaza
   New York, New York 10112
   (212) 408-5100

MICHAEL D. HESS
   203 East 72nd Street
   New York, New York 10021
   (917) 207-4405

Attorneys for Plaintiffs
  Jose Abadin and Christopher Belland,
  derivatively on behalf of Stan Lee Media,
  Inc., a Colorado corporation

To:
   PAUL, HASTINGS, JANOFSKY &
    WALKER LLP
   David Fleisher, Esq.
   Lawrence James Conlan, III, Esq.
   75 East 55th Street
   New York, New York 10022

   Attorneys for Defendants Marvel
    Entertainment, Inc. and Marvel
    Enterprises, Inc.

   GANFER & SHORE, LLP
   Steven J. Shore, Esq.
   Ira Brad Matetsky, Esq.
   William Andrew Jaskola, Esq.
   360 Lexington Avenue, 14th Floor
   New York, New York 10017

   Attorneys for Defendants Stan Lee
    and Arthur M. Lieberman