**MANDATE**

09cv0715(PAC)

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of September, two thousand and ten,

Christopher Belland, individually and derivatively on behalf of Stan Lee Media, Inc., a Colorado corporation, Jose Abadiin, individually and derivatively on behalf of Stan Lee Media, Inc., a Colorado corporation,

Plaintiffs - Appellants,

v.

Marvel Entertainment, Incorporated, a Delaware corporation, Marvel Enterprises, Incorporated, Stan Lee, Arthur M. Lieberman,

Defendants - Appellees,

and,

Marvel Characters B.V., a Delaware Corporation, Joan C. Lee, Isaac Perlmutter, Avi Arad,

Defendants.

ORDER
Docket Number: 10-1717

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC. 30, 2010
```

A notice of appeal was filed on 04/29/2010. Appellant's brief and appendix, due 09/10/2010, has not been filed. The case is deemed in default.

**MANDATE ISSUED ON 12/29/2010**

IT IS HEREBY ORDERED that the appeal will be dismissed effective 09/30/2010 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe, Clerk

Hezekiah James Toft, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit